IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

PIC GROUP, INC.                                                                    PLAINTIFF

VS.                                                       CIVIL ACTION NO. 1:09cv662-KS-MTP

LANDCOAST INSULATION, INC.
AND ZURICH AMERICAN
INSURANCE COMPANY                                                              DEFENDANTS

# ORDER

This matter is before the court on the Motions to Quash Subpoena [96] [97] filed by Defendant Landcoast Insulation, Inc. ("Landcoast). Having reviewed the motions, the court is unclear whether the parties have conferred in good faith in an effort to resolve the discovery disputes at issue in the motions. *See* Fed. R. Civ. P. 37; Local R. 37.1(a) ("Before service of a discovery motion,[1] counsel must confer in good faith to determine to what extent the issue in question can be resolved without court intervention. A Good Faith Certificate...must be filed with all discovery motions."). The motions did not include a Good Faith Certificate or any other indication that the parties have conferred in good faith. Accordingly,

IT IS ORDERED:

1.      That the parties shall confer in good faith within five days to discuss the discovery issues raised in the Motions to Quash Subpoena [96] [97]; and

2.      That if the parties are unable to resolve the issues raised in the Motions to Quash Subpoena [96] [97], the parties shall promptly file the required Good Faith Certificates. *See*

---

[1] Local Rule 45(e) provides that "[m]otions regarding subpoenas will be considered discovery motions and are governed by the procedural requirements that govern discovery motions."

Local Rule 37.1(a).

SO ORDERED AND ADJUDGED this the 30th day of March, 2010.

s/ Michael T. Parker  
United States Magistrate Judge